## S90A0087. BODDIE v. THE STATE.
(386 SE2d 362)

GREGORY, Justice.

Appellant Dan Boddie, pro se, appeals from the denial of his action for a writ of mandamus to compel the State to provide him with a copy of the record of his original conviction. The trial court did not abuse its discretion in denying the writ because there is no absolute constitutional or statutory right to a transcript for use in a collateral attack on a conviction. *United States v. MacCollom,* 426 U. S. 317 (96 SC 2086, 48 LE2d 666) (1976); *Judge v. State,* 255 Ga. 174 (338 SE2d 282) (1985).

*Judgment affirmed. All the Justices concur.*

DECIDED DECEMBER 5, 1989 —
RECONSIDERATION DENIED DECEMBER 20, 1989.

Dan Boddie, *pro se.*
*Douglas C. Pullen, District Attorney,* for appellee.